IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DEREK MICHAEL CHANDLER,
Plaintiff,

v.                                           Civil Action No. 3:22cv94 (DJN)

MR. MAYMARD, *et al.*,
Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on March 10, 2022, the Court conditionally docketed Plaintiff's action. (ECF No. 4.) At that time, the Court informed Plaintiff that he must keep the Court advised of his current address. On August 16, 2023, the United States Postal Service returned an August 8, 2023 Memorandum Order to the Court that was marked, "Return to Sender," and "Inmate not in VADOC." (ECF No. 145, at 1.) Plaintiff has not contacted the Court to provide a current address since his release from custody. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff and counsel of record.

An appropriate Order shall issue.

                                             /s/
                                             David J. Novak
                                             United States District Judge

Richmond, Virginia
Dated: August 28, 2023